IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY RALPH ABRARIA,

       Plaintiff,                    No. 2:12-cv-0468 KJN P

   vs.

TONY ROSS,

       Defendant.              <u>ORDER</u>

                              /

       Plaintiff, a state prisoner proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983, on February 23, 2012. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

1      2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: March 9, 2012

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

abra0468.3ajfm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY RALPH ABRARIA, | | |
|     Plaintiff, | | No. 2:12-cv-0468 KJN P |
| vs. | | |
| TONY ROSS, | | <u>SUBMISSION OF</u> |
|     Defendant. | | <u>IFP or FILING FEE</u> |
| _____/ | | |

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____    IFP affidavit

    _____    The appropriate filing fee

DATED:

    _____
    Plaintiff