1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY RALPH ABRARIA,

11              Plaintiff,                    No. 2:12-cv-0468 JAM KJN P

12        vs.

13   TONY ROSS,

14              Defendant.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983.  On March 9, 2012, plaintiff was directed to pay the

18   filing fee or submit an application to proceed in forma pauperis.  Plaintiff has now filed a request

19   for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however,

20   filed a certified copy of his prison trust account statement for the six-month period immediately

21   preceding the filing of the complaint, nor has he obtained the certification required on the

22   application form.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the

23   opportunity to submit the completed application and the certified copy in support of his

24   application to proceed in forma pauperis.

25   ////

26   ////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a certified

3    copy of his prison trust account statement for the six-month period immediately preceding the

4    filing of the complaint and the certification required on the application form.  Plaintiff's failure to

5    comply with this order will result in a recommendation that this action be dismissed without

6    prejudice.

7    2.  The Clerk of the Court is directed to send plaintiff a new Application to

8    Proceed In Forma Pauperis By a Prisoner.

9    DATED:  March 29, 2012

10

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   abra0468.3e

14

15

16

17

18

19

20

21

22

23

24

25

26

2